**Maurice W. OUTERSKY, Respondent,**

v.

**Marjorie Alice OUTERSKY, Appellant.**

**No. WD 36236.**

Missouri Court of Appeals,
Western District.

April 16, 1985.

John E. Chick, Jr., Kansas City, for appellant.

A.V. McCalley, Richmond, for respondent.

Before CLARK, P.J., and SOMERVILLE and KENNEDY, JJ.

## ORDER

PER CURIAM.

Appeal from judgment entry of trial court granting a legal separation of the parties.

Judgment affirmed. Rule 84.16(b).